IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| D5 IRONWORKS, INC., RICHARD LINDNER, SCOTT KUDINGO, BILL TONNESEN, JOE WEIL, AND HARRY HARPER, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Hon. Joseph S. Van Bokkelen |
| v. | ) ) | CAUSE NO.: 2:16-CV-200 |
| LOCAL 395 IRONWORKERS, AFL-CIO, THOMAS WILLIAMSON, SR., THOMAS WILLIAMSON, JR., AND KNOWN AND UNKNOWN CO-CONSPIRATORS, | ) ) ) ) ) ) | JURY TRIAL REQUESTED

Magistrate Judge Paul R Cherry |
| Defendants. | ) | |

## MOTION FOR WITHDRAWAL OF COUNSEL

The undersigned counsel, Michael E. Avakian, respectfully moves the Court for an Order allowing for withdrawal as counsel of record for Plaintiffs under Local Rule 83-8(c).  In support of the Motion, the undersigned states:

1. On July 28, 2016, the Court granted his Application to appear as *pro hac vice* counsel.

2. Robert T. Hanlon also appeared as counsel for Plaintiffs.  Mr. Hanlon is a member in good standing in the Bar of this Court.

3. The undersigned was retained by Plaintiffs to serve as labor law counsel.  Due to a change in jobs, Mr. Avakian must withdraw from the case.  Mr. Hanlon is a seasoned attorney and does not require assistance to represent Plaintiffs' interests at this stage of the case before this Court.  Mr. Hanlon will continue to represent the Plaintiffs.

4. The undersigned will file no further papers and should be removed from the docket as counsel of record for Plaintiffs.

5. The undersigned has consulted counsel for Defendant and has been advised of no objection to this motion to withdraw from the case.

6. Trial is scheduled for November 26, 2018. CM/ECF 195.

7. This motion is not interposed for any improper purpose, is not calculated to delay these proceedings, and will not prejudice Defendants.

WHEREFORE, I, Michael E. Avakian, respectfully move this Court to grant my withdrawal as counsel for Plaintiffs. Robert T. Hanlon will remain as counsel of record for Plaintiffs.

Respectfully, submitted,

BY:  /s/ Michael E. Avakian
     Michael E. Avakian
     One of Its Attorneys


Robert T. Hanlon (ARDC # 6286331)
One of Defendants' Attorneys
Law Offices of Robert T. Hanlon & Assoc., P.C.
131 East Calhoun
Woodstock, IL 60098
(815) 206-2200

Michael E. Avakian (*pro hac vice*)
The Avakian Law Firm
1200 G Street NW, Suite 800
Washington, D.C. 20005
(202) 540-9704                    Dated: August 2, 2018

2

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that on August 2, 2018, he served a copy of the Motion to Withdraw upon the following attorneys in the above entitled cause of action by electronic mail through the Court's Case Management and Electronic Case Filing system:

Karl E. Masters, Esq.
GREGORIO & MARCO, LTD
(kmasters@gregoriolaw.com)
2 N. LaSalle, Suite 1650
Chicago, Il 60602

Michael Kralovec
Daniel C. Meenan, Jr.
Kralovec Meenan LLP
53 West Jackson Boulevard, Suite 1102
Chicago, IL 60604
dmeenan@dcmjd.com
mkralovec@nlklaw.com

Jonathan Halm, Esq.
ABRAHAMSON, REED & BILSE
(ARAlawfirm@aol.com)
200 Russell Street, 5th Floor
Hammond, IN 46320

Kenneth B. Elwood
Stidham, Christopher
Rhame & Elwood
3200 Willowcreek Road
Suite A
Portage, IN 46368
kenelwood@rhameandelwood.com
chrisstidham@rhameandelwood.com

/s/ Michael E. Avakian
Michael E. Avakian
The Avakian Law Firm
1200 G Street NW, Suite 800
Washington, D.C.  20005

(202) 540-9704

4